NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOEL MARTINEZ, DC# S31701,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-2711
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____)

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Joel Martinez, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.